AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

Francisco Alejandro-Escobar

*Defendant*

Case No. 19 MJ 261 - GPG

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Francisco Alejandro-Escobar,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedul II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

Date: 11/21/2019

s/ Gordon P. Gallagher
*Issuing officer's signature*

City and state:   Grand Junction, Colorado

Gordon P. Gallagher, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 11-21-2019, and the person was arrested on *(date)* 11-22-2019
at *(city and state)* Glenwood Springs, CO

Date: 11-22-2019

*Arresting officer's signature*

Alison M. Yates, SA
*Printed name and title*